1  JOHN W. KLOTSCHE, SBN 257992
   john@otmklaw.com
2  O'CONNOR THOMPSON MCDONOUGH KLOTSCHE LLP
   2500 Venture Oaks Way, Suite 150
3  Sacramento, CA 95833
   Telephone:   916-993-4540
4  Facsimile:    916-993-4541

5  Attorneys for Plaintiff,
   GLEN/MAR CONSTRUCTION, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLEN/MAR CONSTRUCTION, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RIDGELINE ENGINEERING, a California corporation, and DOES 1 through 100,<br><br>    Defendants. | CASE NO. 2:17-CV-00887-KJM-DB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| RIDGELINE ENGINEERING, a California corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>GLEN/MAR CONSTRUCTION, INC., an Oregon corporation, and MOES 1 through 100,<br><br>    Counterdefendants. | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: _____          _____

                                                            Attorney(s) for Plaintiff(s), GLEN MAR CONSTRUCTION, INC.

00078772.1

-1-

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

DATED: _____  _____

Attorney(s) for Defendant(s), RIDGELINE ENGINEERING

The Clerk of the Court shall serve this order on the court's ADR Coordinator for prompt arrangement of a session with a member of the VDRP.

IT IS SO ORDERED.

DATED: August 2, 2017.

_____
UNITED STATES DISTRICT JUDGE